In the Matter of IRVING B. CHAIKIN, an Attorney. Motion granted. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of JOHN MCLAREN, an Attorney. Reference ordered. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

G. EDWIN CHAPIN, Respondent, v. WILLIAM M. SULLIVAN, as Executor, etc., of CHARLES EDY MUNROE SAVIN, Deceased, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

MELVIN HERMAN, Appellant, v. ALBERT K. GUTMAN and Another, Individually and as Directors and Officers of STERN & GUTMAN, INC., and Another, Respondents. — Order affirmed, with twenty dollars costs and disbursements, and case set for trial at the head of the trial calendar for June 18, 1934. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

G. EDWIN CHAPIN, Respondent, v. WILLIAM M. SULLIVAN, as Executor, etc., of CHARLES EDY MUNROE SAVIN, Deceased, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY A. VOGELSTEIN, Appellant, v. WARDEN OF THE COUNTY JAIL OF THE COUNTY OF NEW YORK, Respondent,— Order affirmed. No opinion. Present — Finch, P. J., Merrell, Martin and Untermyer, JJ. [150 Misc. 714.]

In the Matter of Proving the Last Will and Testament of CHARLES S. BONANNO, Deceased, as a Will of Real and Personal Property. JOHN C. BONANNO, Appellant; RACHELE BONANNO, Individually and as General Guardian of MARIE BONANNO and Another, Infants, Respondent.— Decree affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

FRED H. POPE, as Trustee in Bankruptcy of MILL CREEK GOLD MINES, LTD., Respondent, v. AUGUST HECKSCHER, Appellant.*— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Untermyer, J., dissents and votes to reverse and grant the motion. [152 Misc. 330.]

HARRY KRAMER and Another, Copartners, etc., Respondents, v. R. E. WATHEN & COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ELIZABETH COE MULLER, Respondent, Appellant, v. EMIL A. MULLER, Appellant, Respondent.†— Judgment so far as appealed from modified by striking therefrom the provisions requiring the furnishing by defendant of surety company bonds, and as so modified affirmed, without costs. No opinion. Presnt — Finch, P. J., Merrell, Townley, Glennon, and Untermeyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY SILVERMAN, Appellant.— Judgment reversed and new trial granted, on the ground that the evidence is insufficient to show that the defendant was guilty of the crime charged beyond a reasonable doubt. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Glennon, J., dissents and votes to reverse and dismiss

---

*. Revd., 266 N. Y. 114.        † Modfd., 266 N. Y. 68.